ORIGINAL

Cr - SOM

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Tom.Brady@usdoj.gov
         Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 23 2019

at 9 o'clock and 54 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 19-00136 SOM |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. §§ 2, 7(3), 1111(a) and (b)] |
| MICHAEL WALKER, | |
| Defendant. | |

INFORMATION

The U.S. Attorney Charges:

<u>Murder in the Second Degree</u>
(18 U.S.C. §§ 2, 7(3), 1111(a) and (b))

Sometime between November 14, 2014 and November 15, 2014, within the District of Hawaii, on Aliamanu Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, MICHAEL WALKER, the defendant, with malice aforethought, did aid and abet the unlawful killing of Catherine Walker by Ailsa Jackson, who is not a defendant herein.

All in violation of Title 18, United States Code, Sections 2, 7(3), and 1111(a) and (b).

DATED: September 23, 2019, in Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MARSHALL H. SILVERBERG
THOMAS J. BRADY
Assistant U.S. Attorneys

United States v. Michael Walker
Information
Cr. No.