ORIGINAL      cc: Som

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Tom.Brady@usdoj.gov
        Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2019
at 9 o'clock and 54 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 19-00136 SOM |
| Plaintiff, | ) |
| | ) NOTICE OF RELATED CASE |
| vs. | ) |
| MICHAEL WALKER, | ) |
| Defendant. | ) |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Information involves substantially the same party and/or subject matter as the following proceeding:

United States v. Michael Walker, Cr. No. 15-00293-02 SOM-RT.

DATED: September 23, 2019, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/
   MARSHALL H. SILVERBERG
   THOMAS J. BRADY
   Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA